No. 03–774. ILLINOIS v. BUNCH. Sup. Ct. Ill. Certiorari denied.

No. 03–1051. HEFFINGTON ET UX. v. BOB COOK HOMES, L. L. C., ET AL. Ct. App. Kan. Certiorari denied.

No. 03–1056. WALTON v. JOHNSON & JOHNSON SERVICES, INC., ET AL. C. A. 11th Cir. Certiorari denied.

No. 03–1057. DENGEL v. BOLEN, UNITED STATES TRUSTEE, REGION 5, ET AL. C. A. 5th Cir. Certiorari denied.

No. 03–1058. CARTER, INDIVIDUALLY AND ON BEHALF OF THE WRONGFUL DEATH HEIRS AND BENEFICIARIES, ET AL. v. MISSISSIPPI DEPARTMENT OF CORRECTIONS ET AL. Sup. Ct. Miss. Certiorari denied.

No. 03–1059. CASS v. NEW YORK. App. Div., Sup. Ct. N. Y., 2d Jud. Dept. Certiorari denied.

No. 03–1060. WILLIAMS ET AL. v. GALVESTON INDEPENDENT SCHOOL DISTRICT. C. A. 5th Cir. Certiorari denied.

No. 03–1064. NESBIT v. GEARS UNLIMITED, INC. C. A. 3d Cir. Certiorari denied.

No. 03–1065. STEINBRECHER v. STEINBRECHER. Ct. App. Tex., 3d Dist. Certiorari denied.

No. 03–1067. MEDICAL INSTRUMENTATION & DIAGNOSTICS CORP. v. ELEKTA AB ET AL. C. A. Fed. Cir. Certiorari denied.

No. 03–1069. PEIRCE ET AL. v. MELLON BANK CORP. ET AL. C. A. 3d Cir. Certiorari denied.

No. 03–1072. BANK ONE, NA v. WISCONSIN DEPARTMENT OF WORKFORCE DEVELOPMENT. C. A. 7th Cir. Certiorari denied.

No. 03–1075. PIECZENIK v. DYAX CORP. C. A. Fed. Cir. Certiorari denied.